IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MATTHEW COLLITO,

Appellant,

v.

Case No.  5D22-2658
LT Case No. 2018-CF-000870

STATE OF FLORIDA,

Appellee.

_____/

Decision filed June 27, 2023

3.850 Appeal from the Circuit Court
for Hernando County,
Stephen E. Toner, Jr., Judge.

Matthew Collito, Bowling Green, pro se.

Ashley Moody, Attorney General, Tallahassee,
and Kristen L. Davenport, Assistant Attorney
General, Daytona Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


EDWARDS, EISNAUGLE and HARRIS, JJ., concur.